IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHERRY LEI JOHNS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 5:11-CR-9 (CAR) |
| | : | |
| UNITED STATES OF AMERICA, | : | Proceedings under 28 U.S.C. § 2241 |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION

Before the Court is United States Magistrate Judge Charles Weigle's Recommendation [Doc. 40] to dismiss Petitioner Sherry Lei Johns's Petition for Writ of Habeas of Corpus because her petition must be brought under Section 2241 and filed in the district court where she is incarcerated in Illinois, not in this Court.  Petitioner has not entered an objection to the Recommendation.  Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge.  Accordingly, the Recommendation [Doc. 40] is hereby **ADOPTED** and made the Order of the Court, and Petitioner's Petition [Doc. 38] is **DISMISSED**.

1

**SO ORDERED,** this 14th day of February, 2013.

S/ C. Ashley Royal  
C. ASHLEY ROYAL  
UNITED STATES DISTRICT JUDGE

SSH